IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BEN RHOADS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-524-TCK SAJ |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| NORTHSTAR LOCATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 17th day of October, 2008

By: s/John M. Hunt
John M. Hunt (OBA # 20736)
WEISBERG & MEYERS, LLC
433 W. Wilshire, Ste A
Oklahoma City, OK 73116
866 775 3666 ext 218
866-565-1327 facsimile
jhunt@AttorneysForConsumers.com
Attorneys for Plaintiff

Filed electronically on this 17th day of October, 2008, with:

United States District Court CM/ECF system

By: s/Tremain Davis
Tremain Davis